## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR 24-10-H-BMM** |
| Plaintiff, | |
| vs. | **AMENDED ORDER AMENDING TEMPORARY RELEASE ORDER** |
| EDMUND TAYLOR MADARASSY, IV, | |
| Defendant. | |

Upon Motion of Counsel for Mr. Madarassy, there being no objection from the Government and good cause appearing;

IT IS HEREBY ORDERED that the Temporary Release Order filed on April 25, 2025, (Doc. 73), shall be amended as follows:

IT IS FURTHER HEREBY ORDERED that Mr. Madarassy shall self-report to the *Cascade County Detention Center, Great Falls, Montana* no later than **2:00 p.m.** on **Wednesday, May 14, 2025**.

DATED this 13th day of May, 2025.

Brian Morris, Chief District Judge
United States District Courts